**Motion Denied; Order filed April 14, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00556-CR
_____

**CARLOS EDMOND BARNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1632376**

## ORDER

Appellant is represented by appointed counsel, Tonya Rolland. Appellant's brief was originally due **December 6, 2021.** We have granted a total of more than 90 days to file appellant's brief, until April 8, 2022. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed by the due date. On April 8, 2022, counsel filed a

further motion to extend time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the motion to extend time and issue the following order.

We order Tonya Rolland to file a brief with the clerk of this court on or before **April 29, 2022**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM


Panel consists of Justices Wise, Poissant and Wilson.